**Order entered January 28, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00426-CR

### JAVEON DEROID DALCOURZUBER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1510957-J**

## ORDER

The State's second motion for extension of time to file its brief is **GRANTED**. The State's brief is deemed **FILED** January 27, 2020.

/s/    DAVID L. BRIDGES
PRESIDING JUSTICE